# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| UNITED STATES OF AMERICA, | Case No. CR 20-40-GF-BMM |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JOSHUA PATRICK VANATTA, | |
| Defendant. | |

Counsel for Joshua Patrick Vanatta, R. Henry Branom Jr., having filed a Motion to Appear via Video for Change of Plea Hearing, there being no objection from the Government;IT IS HEREBY ORDERED R. Henry Branom Jr., Assistant Federal Defender, may appear via video for the Change of Plea Hearing, currently scheduled for Monday, August 24, 2020, at 10:00 a.m.  Mr. Branom will contact the Clerk of Court for the vide appearance information.

DATED this 21st day of August, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1