# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSHUA PATRICK VANATTA,<br><br>　　　　　　　Defendant. | CR-20-40-GF-BMM<br><br>**ORDER** |

Defendant Joshua Patrick Vanatta has moved for early termination of his current term of supervised release. (Doc. 44.) The Court conducted a hearing on the motion on February 20, 2024. (Doc. 47.) The Government did not oppose the motion. (Doc. 93 at 2.)

Vanatta pleaded guilty to Prohibited Person in Possession of Ammunition in violation of 18 U.S.C. § 922(g)(1). (Doc. 26; Doc. 45 at 2.) The Court sentenced Vanatta to the custody of the Bureau of Prisons on November 24, 2020, for a term of 24 months. (Doc. 34.) The Court further sentenced Vanatta to three years of supervised release following his release from custody. (*Id.*) Vanatta began his term of supervised release on February 4, 2022. (Doc. 45 at 2.) His current term of supervision is set to expire on February 3, 2025. (*Id.*)

1

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The Court finds that the factors in 18 U.S.C. § 3553(a) support an early termination of Vanatta's supervised release. Vanatta has completed approximately two years, or 67%, of his term of supervised release. Vanatta has no reported violations. He has started his own business designing and selling radio-controlled ("RC") cars. Vanatta operates a store in Great Falls and maintains stores in California and on the East Coast. Vanatta credits much of his success while in custody and on supervised release to his participation in his religious community, where he now serves as a worship leader.

Vanatta's United States Probation Officer, Tom Kelly, advised that Vanatta has not had any compliance issues and has maintained employment throughout his supervision. U.S. Probation Officer Kelly further reports that he believes supervision is no longer benefitting Vanatta and that Vanatta will continue to succeed regardless of his supervision status. Adequate deterrence appears to have been achieved, and supervision does not appear necessary to protect the public from further criminal behavior by Vanatta. Vanatta's completion of a two-year term in custody coupled

with the two years he has spent on supervision adequately reflects the seriousness of the offense for which he was convicted. The early termination of Vanatta's supervised release comports with the § 3553(a) factors and proves "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e).

Accordingly, **IT IS HEREBY ORDERED** that Vanatta's Motion for Early Termination of Supervised Release (Doc. 44) is **GRANTED**.

DATED this 20th day of February, 2024.

_____
Brian Morris, Chief District Judge
United States District Court